IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULES GOLDMAN,                              :
                          Plaintiff,        :          CIVIL ACTION
                                            :          NO. 15-5084
        v.                                  :
                                            :
ALLSTATE INSURANCE CO.,                     :
                          Defendant.        :

## ORDER

AND NOW, this 6th day of January, 2016, upon consideration of Plaintiff's Memorandum, (Dkt No. 9), and Defendant's Memorandum, (Dkt No. 10), it is hereby ORDERED that the "deemer" statute, N.J. Stat. § 17:28-1.4, applies to this case and the "deemer" statute's discovery of facts provision, N.J. Stat. § 39:6A-13, is enforceable for the reasons set forth in the accompanying Memorandum Order.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.